IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00591-MSK-BNB

MELANIE LAND,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and
PROGRESSIVE SPECIALTY INSURANCE COMPANY, an Ohio corporation,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Strike Any Testimony Alleging Negligence By Jason Chamberlain or Chamberlain's Passengers, Including Plaintiff Melanie Land, Pursuant to F.R.C.P. 37(c)(1) and Request for Other Appropriate Sanctions** (the "Motion for Sanctions"), filed June 7, 2005.  I held a hearing on the Motion for Sanctions this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Sanctions is DENIED.

Dated June 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge