IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00591-MSK-BNB

MELANIE LAND,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and
PROGRESSIVE SPECIALTY INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

**ORDER**
_____

By order entered June 14, 2005, I required the plaintiff and defendant Progressive Specialty Insurance Company to filed a motion to dismiss the claims against Progressive on or before June 27, 2005.  No such motion has been filed.

IT IS ORDERED that the parties shall file a status report on or before **July 14, 2005**, addressing the issue of the dismissal of the claims against Progressive.

Dated June 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge