IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00591-MSK-BNB

MELANIE LAND,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and
PROGRESSIVE SPECIALTY INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendant State Farm's Motion for Leave to Re-Designate Jason Chamberlain as Nonparty at Fault** (the "Motion"), filed June 29, 2005. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated July 21, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge