IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00591-MSK-BNB

MELANIE LAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE, an Illinois corporation,

    Defendants.

---

**ORDER SETTING FORTHWITH HEARING**

---

THIS MATTER comes before the Court on Plaintiff Melanie Land's Motion for Forthwith Hearing on Plaintiff's Motion for Leave to Take Video Trial Preservation Testimony of Jacob Swift and That Such Video Deposition Be Used at Trial Under F.R.C.P. 32(a)(3) **(#181)**.

The Court will hear this motion at a non-evidentiary hearing on **Monday, August 8, 2005** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

The parties may appear by telephone and should contact the Courtroom Deputy Maureen Nelson at (303)335-2185 no later than **two (2) hours prior** to the hearing to confirm telephone arrangements.

Dated this 8th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge