IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00591-MSK-BNB
MELANIE LAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE, an Illinois corporation, and

    Defendant.

_____

**ORDER GRANTING DISMISSAL WITH PREJUDICE**
_____

THIS MATTER coming before the Court upon the Motion for Dismissal With Prejudice filed by the Plaintiff, Melanie Land, and the remaining Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), and the Court, being otherwise fully informed in the premises;

HEREBY ORDERS that this action be and hereby is dismissed with prejudice, each party to pay their own fees and costs incurred; and

FURTHER ORDERS that the Clerk shall close this case.

DATED this 28th day of September, 2005.

                                                         **BY THE COURT:**

                                                         */s/ Marcia S. Krieger*
                                                         _____

                                                         Marcia S. Krieger
                                                         United States District Judge